ADAM J. STEWART, SBN 167403
LAWRENCE T. NIERMEYER, SBN 157440
MOORAD CLARK & STEWART
1420 F STREET, SECOND FLOOR
MODESTO, CALIFORNIA 95354
TELEPHONE: 209-574-9447
FACSIMILE: 209-526-4703

Attorney for Plaintiffs
ESTATE OF CARMEN MENDEZ,
and STEPHANIE BEIDLEMAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, et al<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF CERES, et al<br><br>　　　　　　Defendants. | Case No.:<br><br>**DECLARATION OF STEPHANIE BEIDLEMAN**<br><br>**RE CAL. CODE CIV. PROC. § 377.32** |

I, STEPHANIE BEIDLEMAN, declare:

1. I submit the following declaration regarding my status of one of Carmen Mendez's successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2. Carmen Mendez was born on 　　　　　　 in Modesto, California.

3. No proceeding is now pending the California for the administration of Carmen Mendez's estate.

- 1 -

4. I am one of Carmen Mendez's successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in the action or proceeding. Carmen Mendez is my son.

5. No other person has superior right to commence the action or proceeding or to be substituted for Carmen Mendez in the pending action or proceeding. My status as successor-in-interest is shared with Jorge Mendez, Sr., the father of Carmen Mendez.

6. A true and correct copy of Carmen Mendez's death certificate is attached as "Exhibit A."

I declare under penalty of perjury that the information contained herein is true and correct. Executed this 19th day of June, 2019 in Modesto, California.

By: _____
STEPHANIE BEIDLEMAN

**EXHIBIT A**

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/05)

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

## DECEDENT'S PERSONAL DATA

1. NAME OF DECEDENT—FIRST (Given): **CARMEN**
2. MIDDLE: **SPENCER**
3. LAST (Family): **MENDEZ**

AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST): **SPENCER - MENDEZ**

4. DATE OF BIRTH mm/dd/ccyy:
5. AGE Yrs.: **15**
IF UNDER ONE YEAR — Months / Days
IF UNDER 24 HOURS — Hours / Minutes
6. SEX: **M**

9. BIRTH STATE/FOREIGN COUNTRY: **CA**
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ]
12. MARITAL STATUS/SRDP (at Time of Death): **NEVER MARRIED**
7. DATE OF DEATH mm/dd/ccyy: **08/18/2018**
8. HOUR (24 Hours): **1640**

13. EDUCATION – Highest Level/Degree: **08**
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? [X] YES **HISPANO** [ ] NO
16. DECEDENT'S RACE – Up to 3 races may be listed: **WHITE, HISPANIC**

17. USUAL OCCUPATION: **STUDENT**
18. KIND OF BUSINESS OR INDUSTRY: **PUBLIC EDUCATION**
19. YEARS IN OCCUPATION: **8**

## USUAL RESIDENCE

20. DECEDENT'S RESIDENCE (Street and number, or location): **2812 SANTA FE AVE**
21. CITY: **HUGHSON**
22. COUNTY/PROVINCE: **STANISLAUS**
23. ZIP CODE: **95326**
24. YEARS IN COUNTY: **15**
25. STATE/FOREIGN COUNTRY: **CA**

## INFORMANT

26. INFORMANT'S NAME, RELATIONSHIP: **STEPHANIE GALEANA, COUSIN**
27. INFORMANT'S MAILING ADDRESS: **742 ALBERS RD, MODESTO, CA 95357**

## SPOUSE/SRDP AND PARENT INFORMATION

*WORKING COPY*

31. NAME OF FATHER/PARENT—FIRST: **JORGE**
32. MIDDLE: **MUNOZ**
33. LAST: **MENDEZ**
34. BIRTH STATE: **CA**

35. NAME OF MOTHER/PARENT—FIRST: **STEPHANIE**
36. MIDDLE: **MICHELLE**
37. LAST (BIRTH NAME): **BEIDLEMAN**
38. BIRTH STATE: **CA**

## FUNERAL DIRECTOR/LOCAL REGISTRAR

39. DISPOSITION DATE: **08/31/2018**
40. PLACE OF FINAL DISPOSITION: **CERES MEMORIAL PARK, 1801 E WHITMORE AVE, CERES, CA 95307**
41. TYPE OF DISPOSITION(S): **BU**
42. SIGNATURE OF EMBALMER: **NAVAZ JASAVALA**
43. LICENSE NUMBER: **EMB9386**
44. NAME OF FUNERAL ESTABLISHMENT: **FRANKLIN & DOWNS FUNERAL HOME CERES CHAPEL**
45. LICENSE NUMBER: **FD1202**
46. SIGNATURE OF LOCAL REGISTRAR:
47. DATE:

## PLACE OF DEATH

101. PLACE OF DEATH: **ROADSIDE**
102. IF HOSPITAL, SPECIFY ONE: [ ] IP [ ] ER/OP [ ] DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Hospice [ ] Nursing Home/LTC [ ] Decedent's Home [X] Other
104. COUNTY: **STANISLAUS**
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: **SERVICE ROAD AT SPERRY ROAD**
106. CITY: **HUGHSON**

## CAUSE OF DEATH

107. CAUSE OF DEATH

IMMEDIATE CAUSE (A): **PENDING INVESTIGATION**
(B):
(C):
(D):

Time Interval Between Onset and Death: (AT) -

108. DEATH REPORTED TO CORONER? [X] YES [ ] NO
REFERRAL NUMBER: **C18-001886**

109. BIOPSY PERFORMED? [ ] YES [X] NO
110. AUTOPSY PERFORMED? [X] YES [ ] NO
111. USED IN DETERMINING CAUSE? [X] YES [ ] NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: -

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? -
113A. IF FEMALE, PREGNANT IN LAST YEAR? [ ] YES [ ] NO [ ] UNK

## PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent Attended Since (A) mm/dd/ccyy
Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

## CORONER'S USE ONLY

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined
120. INJURED AT WORK? [ ] YES [ ] NO [ ] UNK
121. INJURY DATE:
122. HOUR (24 Hours):

123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:

126. SIGNATURE OF CORONER / DEPUTY CORONER: **MATTHEW DESSERT**
127. DATE: **08/23/2018**
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: **MATTHEW DESSERT, DEPUTY CORONER**

STATE REGISTRAR: A B C D E

Printed on: 08/28/2018 11:26 AM
By LUNA, KRISTINA (KLUNA)

FAX AUTH.# | CENSUS TRACT