# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ and STEPHANIE BEIDLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES, CERES POLICE DEPARTMENT, ROSS BAYS, BRENT SMITH, and DOE 1 to 50,<br><br>Defendants. | CASE NO. 1:19-CV-00939-LJO-SAB<br>NEW CASE NO. 1:19-CV-00939-LJO-BAM<br><br>ORDER TO RELATE ACTIONS AND TO REASSIGN MAGISTRATE JUDGE |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Estate of Carmen Mendez v. City of Ceres*, Case No. 1:18-cv-01677-LJO-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

| | |
|---|---|
| 1 | On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Barbara A. McAuliffe with a new **Case No. 1:19-cv-00939-LJO-BAM**. All documents shall bear the new **Case No. 1:19-cv-00939-LJO-BAM** and the reassignment to Magistrate Judge McAuliffe. U.S. District Judge Lawrence J. O'Neill will remain assigned to this action. |

IT IS SO ORDERED.

Dated: **July 17, 2019**           **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE