UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CARMEN MENDEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CERES, et al.,<br><br>Defendants. | Case No. 1:19-cv-00939-LJO-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 10) |

On July 31, 2019, the Court issued an order setting a Status Conference for August 14, 2019, at 9:30 AM in Courtroom 8 (BAM) to discuss the status of this action and related case *Estate of Carmen Mendez, et al. v. City of Ceres, et al.*, Case No. 1:18-cv-01677-LJO-BAM, which is currently set for a settlement conference on October 8, 2019, and to allow the parties to address any procedural issues regarding consolidation of the related cases. (Doc. No. 7.) Counsel for Plaintiffs Estate of Carmen Mendez and Stephanie Biedleman ("Plaintiffs") was electronically served with a copy of the Court's order. (*Id.*) On August 14, 2019, counsel for Plaintiffs failed to appear at the Status Conference. (Doc. No. 8.) As a result, the Status Conference could not proceed without the necessary input from Plaintiffs, resulting in delay of this action. Accordingly, on August 14, 2019, the Court issued an order directing counsel for Plaintiffs to show cause why sanctions should not be imposed for the failure to appear. (Doc. No. 10.)

1

On August 22, 2019, Lawrence T. Niermeyer, counsel for Plaintiffs, filed a response to the Court's Order to Show Cause. (Doc. No. 11.) According to the declaration of Mr. Niermeyer, he was not aware that the Status Conference had been scheduled and he first became aware of the Status Conference after the Court placed a courtesy call to counsel's office attempting to locate him. (*Id.*) Mr. Niermeyer subsequently reviewed the docket for his case, which he states "was the first time [he] had seen any written reference to the Status Conference[.]" (*Id.*) In his declaration, Mr. Niermeyer apologized for his error and represented that it is not his standard of practice to fail to appear. (*Id.*)

Although Mr. Niermeyer indicates that he was not aware of the Status Conference, the Court notes that he was electronically served with a copy of the Court's July 31, 2019 order setting the Status Conference in the same manner in which he was served with a copy of the Court's August 14, 2019 Order to Show Cause, which counsel appears to have received as he timely responded. (Doc. Nos. 7, 10, 11.) *See* Local Rule 135. Counsel is encouraged to institute appropriate procedures to ensure that similar oversights do not occur in the future.

Having considered counsel' response, the Court's Order to Show Cause issued August 14, 2019, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated: **August 26, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE